UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ALFRED AUGUST** | **CIVIL ACTION** |
| **VERSUS** | **NO. 06-3962** |
| **MARLIN GUSMAN, SHERIFF, DR. GORE, SID OFFICERS, TIER DEPUTIES** | **SECTION "N"(4)** |

## O R D E R

The court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of the plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the Motion for Summary Judgment (Rec. Doc. No. 12) filed by Sheriff Marlin Gusman and Dr. Gore is **GRANTED in part** to **DISMISS WITH PREJUDICE** the plaintiff Alfred August's Title 42 U.S.C. § 1983 claims against Sheriff Marlin Gusman and **DENIED in part** as to August's § 1983 medical indifference claims against Dr. Gore. The medical indifference claims against Dr. Gore shall proceed forward and remain referred to the Magistrate Judge for pretrial matters.

**IT IS FURTHER ORDERED** that August's § 1983 claims against the unidentified SID officers and unknown Tier Deputies be **DISMISSED WITH PREJUDICE** as frivolous and



otherwise for failure to state a claim for which relief can be granted pursuant to Title 28 U.S.C. § 1915(e)(2) and § 1915A and Title 42 U.S.C. § 1997e.

New Orleans, Louisiana, this _____ day of _____, 2008.

_____
UNITED STATES DISTRICT JUDGE