UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALFRED AUGUST | CIVIL ACTION |
| VERSUS | NO. 06-3962 |
| MARLIN GUSMAN, SHERIFF, DR. GORE, SID OFFICERS, TIER DEPUTIES | SECTION "N"(4) |

## O R D E R

The court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of the plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the Motion for Summary Judgment (Rec. Doc. No. 26) filed by Dr. Samuel Gore is **DENIED**.

New Orleans, Louisiana, this 22nd day of January, 2009.

_____
UNITED STATES DISTRICT JUDGE